IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22772-CIV-MARTINEZ

INTEC, INC.,

        Plaintiff,

vs.

MONSTER CABLE PRODUCTS, INC.,

        Defendant.
_____

MONSTER CABLE PRODUCTS, INC.,

        Counterclaimant,

vs.

INTEC, INC.,

        Counterdefendant.
_____

**NOTICE RE MEDIATION AND MOTION FOR EXPEDITED
DISCOVERY AND TO ADOPT PROPOSED BRIEFING SCHEDULE
RELATED TO INTEC'S MOTION FOR PRELIMINARY INJUNCTION
AND MONSTER'S AMENDED ANSWER AND COUNTERCLAIM**

In accordance with the parties' Stipulation And Proposed Order Re Temporary Stay Of Deadlines Related To Intec's Motion For Preliminary Injunction And Monster's Amended Answer And Counterclaim ("Stipulation") filed October 4, 2010 [DE #21], as well as the Agreed Motion For Approval Of Stipulation filed October 7, 2010 [DE # 22], Defendant/Counterclaimant, Monster Cable Products, Inc. ("Monster") hereby advises the Court as follows:

    1.    The parties conducted mediation with mediator Harry R. Schafer on all claims in

this case on October 27, 2010.

2. The parties believed that they had a settlement on the day of mediation.

3. The next day it became apparent that the original agreement either did not reflect a correct understanding or was being re-negotiated.

4. The parties continued to work with the mediator for settlement during the following days.

5. It having now become apparent that settlement is not possible at this time, Monster has requested that the mediator declare an impasse, and expects an impasse to be declared within the next few days.

6. Pursuant to the Stipulation And Proposed Order Re Temporary Stay Of Deadlines Related To Intec's Motion For Preliminary Injunction And Monster's Amended Answer And Counterclaim (the "Stipulation") filed October 4, 2010 [DE #21], as well as the Agreed Motion For Approval Of Stipulation (the "Motion to Adopt Stipulation") filed October 7, 2010 [DE #22], the parties were, within five (5) days of the mediation, to jointly advise the Court of the outcome of the mediation and propose a schedule for expedited discovery, for briefing related to Intec's Motion for Preliminary Injunction filed September 24, 2010 [DE #18], and well as a deadline for Plaintiff Intec to respond to Monster's Amended Answer and Counterclaim filed September 27, 2010 [DE #19].

7. During the last week, as settlement has become progressively less likely, Monster's counsel has attempted to obtain Intec's agreement on a joint notice to the Court and proposed schedule, but Intec has been unresponsive.

8. As a result, Monster, unwilling to delay any longer in fulfilling the commitments it made to the Court in the Stipulation and the Motion to Adopt Stipulation, hereby moves the Court for an Order adopting the following schedule:

DATE

| | |
|---|---|
| November 17, 2010 | Deadline to serve discovery related to injunction motion. |
| December 2, 2010 | Plaintiff/Counter-defendant's deadline to file response to Amended Counterclaim. |
| December 10, 2010 | Deadline to initiate follow-up discovery related to injunction motion. |
| December 27, 2010 | All discovery and depositions related to injunction motion shall be completed. |
| January 12, 2011 | Deadline for additional briefing and Memoranda of Points and Authorities related to injunction motion. |
| January 21, 2011 | Deadline for Intec reply brief related to injunction motion. |

9. As stated above, Monster has attempted to meet and confer with Intec regarding the proposed schedule, but Intec was unresponsive.

WHEREFORE, Monster moves this Court to enter an Order adopting the above schedule, and entering such other and further relief as is proper.

Dated: November 11, 2010

Respectfully submitted,

ESPINOSA TRUEBA PL
3001 SW 3rd Ave.
Miami, FL  33129
Tel.:  (305) 854-0900
Fax: (305) 285-5555

By: s/ Michael E. Tschupp
    Jorge Espinosa
    Fla. Bar #779032
    jespinosa@etlaw.com
    Michael E. Tschupp
    Fla. Bar #34656
    mtschupp@etlaw.com

LARIVIERE, GRUBMAN & PAYNE, LLP

Robert W. Payne (*Pro Hac Vice*)
E-mail: rpayne@lgpatlaw.com
P.O. Box 3140
Monterey, CA  93942-3140
Tel:  (831) 649-8800
Fax:  (831) 649-8835

*Attorneys for Defendant/Counterclaimant
Monster Cable Products, Inc.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 11, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that this document is being served this day on all counsel of record or pro se parties identified in the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically filed Notices of Electronic Filing.

      By: ___s/ Michael E. Tschupp_____

## SERVICE LIST

Intec, Inc. versus Monster Cable Products, Inc.
Case No. 10-22772-CIV-MARTINEZ
United States District Court, Southern District of Florida

| | |
|---|---|
| Jorge Espinosa<br>Florida Bar No. 779032<br>jespinosa@etlaw.com<br>Michael E. Tschupp<br>Florida Bar No. 34656<br>mtschupp@etlaw.com<br>ESPINOSA|TRUEBA PL<br>3001 SW 3rd Ave.<br>Miami, Florida 33129<br>Tel: (305) 854-0900<br>Fax: (305) 285-5555<br>*Attorneys for Defendant via CM/ECF* | Robert W. Payne (pro hac vice)<br>Email: rpayne@lgpatlaw.com<br>Christopher J. Passarelli (pro hac vice)<br>Email: cpassarelli@lgpatlaw.com<br>LARIVIERE, GRUBMAN & PAYNE, LLP<br>P. O. Box 3140<br>Monterey, CA 93942<br>Telephone: (831) 649-8800<br>Facsimile: (831) 649-8835<br>*Attorneys for Defendant via CM/ECF* |
| Steven Peretz<br>Fla. Bar. No. 329037<br>speretz@pc-iplaw.com<br>Michael B. Chesal<br>Fla. Bar No. 775398<br>mchesal@pc-iplaw.com<br>PERETZ CHESAL & HERRMANN, P.L.<br>Miami Center- Suite 1750<br>201 So. Biscayne Blvd.<br>Miami, Florida 33131<br>Tel: (305) 341-3000<br>Fax: (305) 371-6807<br>*Attorneys for Plaintiff via CM/ECF* | Joseph W. Berenato, III (pro hac vice pending)<br>jberenato@bw-iplaw.com<br>John M. White (pro hac vice pending)<br>jwhite@bw-iplaw.com<br>Matthew W. Stavish (pro hac vice pending)<br>mstavish@bw-iplaw.com<br>David S. Taylor (pro hac vice pending)<br>dtaylor@bw-iplaw.com<br>BERENATO & WHITE, LLC<br>6550 Rock Spring Drive<br>Bethesda, Maryland 20817<br>Tel: (301) 896-0600<br>Fax: (301) 896-0607<br>*Attorneys for Plaintiff via U.S. Mail* |