UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

3:03 p.m.
4:06 p.m.

**CIVIL MINUTES FOR HON. JOSE E. MARTINEZ**

Date: Jan 19, 2011   Case No: 10-22772-CV
Clerk: Anne Forkner   Reporter: Dawn Whitmarsh

Title of Case: Intec, Inc. v. Monster Cable Products, Inc.

P. Attorney(s): Steven Peretz, John White, Joseph Berenato

D. Attorney(s): Robert Payne, George Espinosa

TYPE OF HEARING: Motion hearing on motion for Preliminary Injunction

RESULT OF HEARING: Motion taken under advisement

Misc.

Case continued to: _____   Time: _____   For: _____